RICHARD J. NELSON (State Bar No. 141658)
E-Mail:     rnelson@sideman.com
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:     zalinder@sideman.com
ELLEN P. LIU (State Bar No. 280459)
E-Mail:     eliu@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, and CISCO TECHNOLOGY, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BECCELA'S ETC., LLC, a California limited liability company, and DOES 1-50,<br><br>Defendant. | Case No.<br><br>**PLAINTIFFS' DISCLOSURE OF NO NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 22, 2018         SIDEMAN & BANCROFT LLP


                                By:   /s/ Richard J. Nelson
                                      Richard J. Nelson
                                      Attorneys for CISCO SYSTEMS, INC. AND
                                      CISCO TECHNOLOGY, INC.

2835-224\3410864v1

---

1                                                              Case No.
PLAINTIFFS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15