1  RICHARD J. NELSON (State Bar No. 141658)
   E-Mail:       *rnelson@sideman.com*
2  ZACHARY J. ALINDER (State Bar No. 209009)
   Email:        *zalinder@sideman.com*
3  ELLEN P. LIU (State Bar No. 280459)
   E-Mail:       *eliu@sideman.com*
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Twenty-Second Floor
5  San Francisco, California 94111-3711
   Telephone:    (415) 392-1960
6  Facsimile:    (415) 392-0827

7  Attorneys for CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.

8
                **UNITED STATES DISTRICT COURT**
9
       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
10

11
   CISCO SYSTEMS, INC., a California           Case No.
12 Corporation, and CISCO TECHNOLOGY,
   INC., a California Corporation,             **PLAINTIFFS' CORPORATE**
13                                             **DISCLOSURE STATEMENT**
                 Plaintiffs,
14
         v.
15
   BECCELA'S ETC., LLC, a California limited
16 liability company, and DOES 1-50,
17               Defendant.
18

19       Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, CISCO SYSTEMS, INC., and CISCO

20 TECHNOLOGY, INC., respectfully submit the following corporate disclosure statement:

21       CISCO SYSTEMS, INC. does not have any parent corporation, nor does any publicly held

22 corporation own more than 10% or more of its stock.

23       CISCO TECHNOLOGY, INC. is a wholly owned subsidiary of CISCO SYSTEMS, INC.

24 DATED: January 22, 2018              SIDEMAN & BANCROFT LLP

25

26                              By:        /s/ Richard J. Nelson
                                        Richard J. Nelson
27                                      Attorneys for CISCO SYSTEMS, INC. AND
                                        CISCO TECHNOLOGY, INC.
28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711