1  John C. Hueston, State Bar No. 164921
   jhueston@hueston.com
2  Douglas J. Dixon, State Bar No. 275389
   ddixon@hueston.com
3  Adam Olin, State Bar No. 298380
   aolin@hueston.com
4  HUESTON HENNIGAN LLP
   523 West 6th Street, Suite 400
5  Los Angeles, CA 90014
   Telephone:   (213) 788-4340
6  Facsimile:   (888) 775-0898

7  Attorneys for Defendant
   Beccela's Etc., LLC
8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | CISCO SYSTEMS, INC., et al.,        | Case No. 18-cv-00477-BLF (SVK)
13 |           Plaintiffs,                | **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**
14 |      vs.
15 | BECCELA'S ETC., LLC,
16 |           Defendant.

| | |
|---|---|
| 1 | Pursuant to Local Rules 6-1(b) and 6-2, Plaintiffs Cisco Systems, Inc. and Cisco |
| 2 | Technology, Inc. (together, "Cisco") and Defendant Beccela's Etc., LLC ("BecTech" and together |
| 3 | with Cisco, the "Parties") hereby stipulate and agree as follows: |
| 4 | WHEREAS, Cisco filed its Complaint on January 22, 2018, ECF No. 1; |
| 5 | WHEREAS, BecTech filed a Motion to Dismiss the Complaint (the "Motion") on March |
| 6 | 29, 2018, ECF No. 22, that was set for hearing on August 16, 2018 at 9:00 a.m.; |
| 7 | WHEREAS, Cisco advised BecTech that it desired to file an amended complaint; |
| 8 | WHEREAS, the Parties entered into a stipulation on July 16, 2018, by which the hearing for |
| 9 | the Motion would be vacated, Cisco would provide a proposed Amended Complaint on August 3, |
| 10 | 2018, and BecTech would inform Cisco that it would either stipulate to or oppose amendment of |
| 11 | the Complaint by August 7, 2018, and that Cisco would file any stipulation by August 10, 2018; |
| 12 | WHEREAS, Cisco provided BecTech on August 3, 2018 with a copy of its proposed |
| 13 | Amended Complaint, which seeks to add additional defendants and claims in this action; |
| 14 | WHEREAS, BecTech does not oppose Cisco's request to file Plaintiffs' [Proposed] |
| 15 | Amended Complaint attached hereto as Exhibit A ("Amended Complaint"); |
| 16 | WHEREAS, the Amended Complaint adds Arbitech, LLC ("Arbitech") and another |
| 17 | company as Defendants; |
| 18 | WHEREAS, Arbitech is the parent of BecTech and is represented by the same counsel; |
| 19 | WHEREAS, Arbitech has agreed to accept service of the Amended Complaint and respond |
| 20 | to the Amended Complaint on the same agreed schedule as BecTech below; and, |
| 21 | WHEREAS, good cause exists to permit the extensions of time and stipulated briefing |
| 22 | schedule in the interest of efficiency and preserving the time and resources of the Parties and the |
| 23 | Court. |
| 24 | IT IS THEREFORE STIPULATED AND AGREED that this Stipulation shall be deemed |
| 25 | entered and the Amended Complaint, which is attached hereto as Exhibit A, shall be electronically |
| 26 | filed as a separate docket entry by Cisco on or before August 14, 2018. |
| 27 | IT IS FURTHER STIPULATED AND AGREED that: |
| 28 | a. Defendant BecTech and Arbitech shall file their responses to the Amended |

|   |   |   |
|---|---|---|
| 1 | | Complaint on or before September 11, 2018, 28 days from the Complaint filing |
| 2 | | deadline above; |
| 3 | b. | Should Defendant BecTech and/or Arbitech move to dismiss, Cisco shall file its |
| 4 | | opposition to BecTech's motion on or before October 9, 2018, 28 days from the last |
| 5 | | day for filing of any such motion to dismiss; and, |
| 6 | c. | BecTech and/or Arbitech shall file any reply brief by October 23, 2018, 14 days |
| 7 | | from the last day for filing of Cisco's opposition. |

**IT IS SO STIPULATED.**

DATED: August 10, 2018                     Respectfully submitted,

HUESTON HENNIGAN LLP

By: /s/ Douglas J. Dixon
Douglas J. Dixon
Attorneys for Defendant
Beccela's Etc., LLC

DATED: August 10, 2018                     SIDEMAN & BANCROFT LLP

By: /s/ Richard J. Nelson
Richard J. Nelson
Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 10, 2018

Beth Labson Freeman
United States District Judge

- 3 -     Case No. 18-cv-00477-BLF (SVK)
STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDED
COMPLAINT AND SETTING BRIEFING SCHEDULE