RICHARD J. NELSON (State Bar No. 141658)
E-Mail: *rnelson@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail: *zalinder@sideman.com*
ELLEN P. LIU (State Bar No. 280459)
E-Mail: *eliu@sideman.com*
MICHAEL H. HEWITT (State Bar No. 309691)
E-Mail: *mhewitt@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

[*Additional counsel listed on signature block*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BECCELA'S ETC., LLC, et al.<br><br>　　　　　Defendants. | Case No. 18-cv-00477 BLF (SVK)<br><br>**JOINT STIPULATION AND [PROPOSED]　ORDER SETTING ADDITIONAL CASE DEADLINES** AS MODIFIED BY COURT |

Pursuant to the Court's Case Management Order issued on August 16, 2018 (*see* ECF No. 54), Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. (together "Cisco" or "Plaintiffs") and Defendants Beccela's Etc., LLC and Arbitech, LLC (together "Defendants") (together with Cisco, the "Parties") have met and conferred and hereby stipulate and agree to the following deadlines not set by the Court in its Case Management Order:

///

///

| EVENT | DATE OR DEADLINE |
|---|---|
| Percipient discovery cut-off | May 22, 2020 |
| Joint exchange of initial expert disclosures made pursuant to Fed. R. Civ. Proc. 26(a)(2) | June 26, 2020 |
| Joint exchange of rebuttal expert disclosures | July 24, 2020 |
| Expert discovery cut-off | August 21, 2020 |
| Last day to file dispositive motions | September 18, 2020 |
| Last day to file oppositions to dispositive motions | October 16, 2020 |
| Last day to file replies to oppositions to dispositive motions | ~~October 30, 2020~~ October 29, 2020 |

**IT IS SO STIPULATED.**

DATED: August 31, 2018    Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: /s/ Richard J. Nelson
Richard J. Nelson
Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

DATED: August 31, 2018    HUESTON HENNIGAN LLP

By: /s/ Doug Dixon
Doug Dixon
Attorneys for Defendants
Beccela's Etc., LLC and Arbitech LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 4, 2018

Beth Labson Freeman
United States District Judge

2    Case No. 18-cv-00477 BLF (SVK)
JOINT STIPULATION AND [PROPOSED] ORDER SETTING ADDITIONAL CASE DEADLINES