RICHARD J. NELSON (State Bar No. 141658)
E-Mail:      rnelson@sideman.com
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:      zalinder@sideman.com
LYNDSEY C. HEATON (State Bar No. 262883)
E-Mail:      lheaton@sideman.com
ELLEN P. LIU (State Bar No. 280459)
E-Mail:      eliu@sideman.com
MICHAEL H. HEWITT (State Bar No. 309691)
E-Mail:      mhewitt@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BECCELA'S ETC., LLC, et al.<br><br>　　　　Defendants. | Case No. 18-CV-00477-BLF (SVK)<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS BECCELA'S ETC., LLC and ARBITECH LLC, AND OF COUNTERCLAIMS AGAINST PLAINTIFFS** |

NOTICE IS HEREBY GIVEN THAT plaintiffs CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC. (collectively, "Cisco") and defendants BECCELA'S ETC., LLC and ARBITECH LLC ("Defendants") hereby **STIPULATE** and **AGREE** to the voluntary dismissal of the Defendants from this Action with prejudice, and of Defendants' counterclaims against Cisco with prejudice, pursuant to the Parties' Settlement Agreement and Fed. R. Civ. Proc. Rule 41(a)(2).

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: March 17, 2020    SIDEMAN & BANCROFT LLP

By: _____
Richard J. Nelson
Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

DATED: March 17, 2020    HUESTON HENNIGAN LLP

By: _____
Douglas J. Dixon
Attorneys for Defendants Beccela's Etc., LLC and Arbitech, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 18, 2020

_____
THE HON. BETH LABSON FREEMAN
United States District Judge